PREET BHARARA
United States Attorney for the
Southern District of New York
By: ELLEN LONDON
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2737
Fax: (212) 637-2702
E-mail: ellen.london@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
ANTHONY M. BENTLEY, Individually, and on :
behalf of All Persons Similarly Situated :
:
Plaintiff, :
: 11 Civ. 8963 (CM)
v. :
: ECF Case
THE WELLPOINT COMPANIES, INC.; and, :
NATIONAL GOVERNMENT SERVICES, INC., :
:
:
Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Defendants' Motion to Dismiss and (2) the Declaration of Peter Reisman dated January 11, 2012, Defendants Wellpoint, Inc. and National Government Services, Inc. (together, "Defendants"), by their attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby moves this Court for an order dismissing the Complaint in *Bentley v. The Wellpoint Companies, Inc., et al.*, 11 Civ. 8963 for lack of jurisdiction under Fed. R. Civ. P. 12 (b)(1) and failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Dated:   New York, New York
         January 12, 2012

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York,
                                        *Attorney for Federal Defendants*


                         By:    /s/ Ellen London
                                ELLEN LONDON
                                Assistant United States Attorney
                                86 Chambers Street, Third Floor
                                New York, New York 10007
                                Telephone: (212) 637-2737
                                Facsimile: (212) 637-2702
                                E-mail: ellen.london@usdoj.gov

CERTIFICATE OF SERVICE

     I, Ellen London, an Assistant United States Attorney for the Southern District of New York, hereby certify that on January 12, 2012, I caused a copy of the foregoing (1) Memorandum of Law in Support of Defendants' Motion to Dismiss; (2) the Declaration of Peter Reisman dated January 11, 2012; (3) Notice to Pro Se Litigant Who Opposes a Rule 12(b) Motion Supported By Matters Outside the Pleadings; and (4) copies of any unpublished opinions cited in the Memorandum of Law to be served upon the person named below by email and by First-Class Mail:

        A.M. Bentley, P.C.
        116 West 72nd Street, #4B
        New York, NY 10023
        sbentley@nyc.rr.com

Dated:  New York, New York
          January 12, 2012

                              /s/ Ellen London
                            ELLEN LONDON
                            Assistant United States Attorney